UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 13-20048

v.        HON. GEORGE CARAM STEEH

JESUS HERNANDEZ

        Defendant.
_____/

## ORDER REMANDING DEFENDANT INTO CUSTODY OF UNITED STATES MARSHALS SERVICE

The United States moved to have the defendant remanded pending sentencing pursuant to 18 U.S.C. § 3143(a)(2). Having considered the government's motion, the defendant's oral response thereto, and the arguments of the parties, the Court hereby ORDERS that, for the reasons stated by the Court at the April 1, 2014 hearing, the government's motion is GRANTED;

IT IS FURTHER ORDERED that the defendant surrender to the United States Marshals Service, located at Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, #300, Detroit, Michigan, by 2:00 pm on April 17, 2014 and

that his bond be revoked pending his sentencing.

    IT IS SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
United States District Judge

Dated: April 1, 2014